IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMANTHA HUDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-1351-DWD |
| | ) |
| ABBOTT LABORATORIES, | ) |
| ABBOTT LABORATORIES, INC., | ) |
| MEAD JOHNSON & COMPANY, LLC, | ) |
| and | ) |
| MEAD JOHNSON NUTRITION | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Plaintiff Samantha Hudson originally filed this action in Illinois state court on June 21, 2022. (Doc. 1-1). On June 23, 2022, Defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") removed this action to this Court. (Doc. 1). Abbott had not yet been properly served by Hudson at the time of removal. (Doc. 6 at 2). On the same day, Judge Rebecca R. Pallmeyer of the United States District Court for the Northern District of Illinois entered an order remanding several cases that had been "snap removed" to an MDL case over which she is presiding and holding that if any other plaintiffs sought remand on the basis of "snap removal," any party opposed to remand must explain why the remand order does not apply to the new case.[1] *In re Abbott Labs., et*

---

[1] In her order, Judge Pallmeyer found that 28 U.S.C. § 1441(b)(2) does not permit "snap removal." For purposes of this Order, this Court takes no position on Judge Pallmeyer's reasoning or conclusion on the issue of "snap removal."

*al.*, *Preterm Infant Nutrition Prods. Liab. Litig.*, MDL No. 3026, Master Docket No. 22 C 71 (Doc. 134 at 19) (N.D. Ill. June 23, 2022). Abbott expects that this case would be eligible for transfer to MDL No. 3026.

For these reasons, Abbott filed the motion to remand now before the Court. (Doc. 6). In its motion, Abbott indicates that neither Plaintiff nor the other defendants oppose the motion. (Doc. 6 at 1). Accordingly, Abbott's unopposed motion to remand (Doc. 6) is **GRANTED**. It is **ORDERED** that this case be **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of the state court and thereafter to **CLOSE** this case.

**SO ORDERED.**

Dated: June 28, 2022

_____
DAVID W. DUGAN
United States District Judge